TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00619-CV






In re Donald Tommy Tucker, M.D.






ORIGINAL PROCEEDING FROM BELL COUNTY







M E M O R A N D U M O P I N I O N



 Relator Donald Tommy Tucker, M.D. files his petition for writ of mandamus and
motion for emergency relief. See Tex. R. App. P. 52.8, 52.10. We deny the petition for writ of
mandamus and overrule the motion for emergency relief.



 __________________________________________

 Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Puryear

Filed: October 29, 2003